## 72915. MARYLAND CASUALTY INSURANCE COMPANY v. WELCHEL.
### (361 SE2d 285)

CARLEY, Judge.

Appellant-plaintiff brought suit, seeking damages for appellee-defendant's alleged conversion of a truck and for his alleged tortious interference with its rights under a loan receipt. On appeal to this court, the trial court's grant of a directed verdict in favor of appellee was affirmed as to the conversion count and reversed as to the tortious interference count. *Maryland Cas. Ins. Co. v. Welchel*, 181 Ga. App. 224 (351 SE2d 645) (1986). On certiorari to the Supreme Court of Georgia, this court's decision was affirmed in part and reversed in part. *Maryland Cas. Ins. Co. v. Welchel*, 257 Ga. 259 (356 SE2d 877) (1987). Accordingly, this court's opinion in *Maryland Cas. Ins. Co. v. Welchel*, 181 Ga. App. 224, supra, is hereby vacated and the judgment of the Supreme Court is made the judgment of this court. It follows that the trial court's grant of a directed verdict in favor of appellee is affirmed as to both counts.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 9, 1987.

*Timothy J. Sweeney, Perry A. Phillips*, for appellant.

*Thomas J. Browning, Hylton Dupree, Jr.*, for appellee.